## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FREDERICK MACOSKY AND SHARON MACOSKY

v.

MALLIKARJUN UDOSHI, M.D.; M.S.U.R. M.D. ASSOCIATES, P.C., WILKES-BARRE HOSPITAL COMPANY, LLC D/B/A WILKES-BARRE GENERAL HOSPITAL, AND WILKES-BARRE GENERAL HOSPITAL HEART AND VASCULAR INSTITUTE

PETITION OF: WILKES-BARRE HOSPITAL COMPANY, LLC D/B/A WILKES-BARRE GENERAL HOSPITAL

: No. 476 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.